UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HABITAT FOR HUMANITY
INTERNATIONAL, INC.,

       Plaintiff,

v.                                      Case No.:   2:19-cv-456-FtM-38MRM

ROBERT DERRICK MORRIS,

       Defendant.
_____/

### **ORDER**[1]

This matter comes before the Court on *sua sponte* review of the file. On April 6, 2020, the Court granted Plaintiff's Motion to Dismiss Defendant's Amended Counterclaims. (Doc. 76). In doing to, it dismissed without prejudice the Amended Counterclaims (Doc. 73) and gave Defendant until April 20, 2020, to file second amended counterclaims. The Court warned Defendant that not doing so would result in the counterclaims being dismissed with prejudice. (Doc. 76 at 5). To date, Defendant has not filed amended counterclaims. The Court's Opinion and Order (*Id.*) thus becomes a final judgment. See *Auto. Alignment & Body Servs., Inc. v. State Farm*, 953 F.3d 707, 720 (11th Cir. 2020).

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Defendant's Amended Counterclaims (Doc. 73) are dismissed with prejudice. The Clerk is directed to enter judgment dismissing the Amended Counterclaims (Doc. 73) with prejudice. The case will remain open to proceed on the Fourth Amended Complaint (Doc. 71).

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of May, 2020.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record